UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(at Greenbelt)

| | |
|---|---|
| In re: | : |
| | : |
| KARON COOPER, | : Case No. 18-2-6004 |
| | : Chapter 13 |
| Debtor. | : |
| | : |

**TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM
AS TO WHICH THE CLAIMANT HAS REFUSED DISTRIBUTIONS**

Timothy P. Branigan, Chapter 13 trustee in the above-captioned case ("Trustee"), pursuant to section 502 of the Bankruptcy Code and Bankruptcy Rule 3007, requests the Court to disallow the claim on behalf of Wilmington Savings Fund Society, FSB whose successor in interest is U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust whose servicer is SN Servicing Corporation (the "Claimant") dated January 17, 2019 in the amount of $26,498.05 (the "Claim"). The Claimant has: (1) refused to accept distributions made pursuant to the plan confirmed in the case; and/or (2) advised the Trustee that collateral securing the claim has been or will be executed upon; and/or (3) failed either to withdraw the Claim or to amend the Claim to reflect any deficiency resulting from the execution. The Claim should be disallowed to permit plan funds to be disbursed to other creditors.

WHEREFORE, the Trustee prays that the Court disallow the Claim.

Respectfully submitted,

February 12, 2021

/s/ Timothy P. Branigan_____
Timothy P. Branigan (Fed. Bar No. 06295)
Chapter 13 Trustee
9891 Broken Land Parkway, Suite 301
Columbia, MD  21046
(410) 290-9120

**PLEASE TAKE NOTICE that: (1) within thirty (30) days after the date on the certificate of service of the objection, the claimant may file and serve a memorandum in opposition, together with any documents and other evidence the claimant wishes to attach in support of its claim, unless the claimant wishes to rely solely upon the proof of claim; and (2) an interested party may request a hearing that will be held in the court's discretion.**

## Certificate of Service

I hereby certify that, the following persons are to be served electronically via the CM/ECF system:

Edward C. Christman, Jr., Esq.
Keith Yacko, Esq.

I caused a copy of the pleading to be sent on February 12, 2021 by first-class U.S. mail, postage prepaid to:

| | |
|---|---|
| SN Servicing, Corporation<br>Attn: Robin P. Arkley, II, President<br>323 5th Street<br>Eureka, CA  95501 | The Law Offices of Michelle Ghidotti<br>Attn:  Kristin Zilberstein, Authorized Agent<br>1920 Old Tustin Ave.<br>Santa Ana, CA  92705 |
| Karon Cooper<br>5521 Helmont Drive<br>Oxon Hill, MD  20745 | |

/s/ Timothy P. Branigan_____
Timothy P. Branigan (Fed. Bar No. 06295)

- 2 -