# SN Servicing Corporation

323 FIFTH STREET (95501)
P.O. BOX 35
EUREKA, CA 95502
(707)476-1000  FAX (707) 443-1562
(800) 603-0836
8:00 a.m. -5:00 p.m. PST
Main Office NMLS #5985
Branch Office NMLS #9785

**Monday, February 1, 2021**

Timothy Branigan
Chapter 13 Trustee
9891 Broken Land Pkwy, Ste. 301
Columbia, MD 21046

*YOU ARE HEREBY NOTIFIED THAT SN SERVICING CORPORATION, ITS EMPLOYEES, AGENTS AND ATTORNEYS ARE ATTEMPTING TO COLLECT THIS DEBT. ANY INFORMATION THAT WE OBTAIN WILL BE USED FOR THAT PURPOSE. IF YOU HAVE PREVIOUSLY RECEIVED A DISCHARGE IN BANKRUPTCY AND THIS DEBT WAS NOT REAFFIRMED, THIS CORRESPONDENCE IS NOT AND SHOULD NOT BE CONSTRUED TO BE AN ATTEMPT TO COLLECT SUCH A DEBT AS YOUR PERSONAL LIABILITY, BUT IS INSTEAD A STEP IN THE ENFORCEMENT OF A MORTGAGE LIEN AGAINST YOUR PROPERTY. PROPERTY.*

**RE: Bankruptcy Case #**   18-2604   18-26004

### NOTICE OF FORWARDED OR RETURNED PAYMENT

We are sending you this check due to the reason(s) marked below:

☐ **Paid in Full** — Our records reflect a zero principal balance so we are returning your most recent disbursement(s).

☐ **Foreclosure** — We are proceeding with foreclosure so we are returning your most recent disbursement(s).

☐ **Relief Granted** — Disbursement was made after relief was granted so we are returning the funds to your office.

☐ **Escrow Surplus** — Upon completion of our most recent escrow analysis, we have determined there to be an escrow surplus which we are disbursing to you.

☒ **Other** — refund due to arrears paid on a loan modification.

*If the trustee has no interest in the funds we have sent, please return the check to our office and we will proceed accordingly.

Jessica Barragon
SN Servicing Corp