Entered: March 17th, 2021
Signed: March 16th, 2021
**SO ORDERED**



LORI S. SIMPSON
U.S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:    Case No.: **18–26004 – LSS**    Chapter: **13**

**Karon Cooper**
Debtor

## ORDER DENYING TRUSTEE'S MOTION FOR DISALLOWANCE OF CLAIM WITHOUT PREJUDICE

Before the Court is the Motion for Disallowance of Claim as to Which the Claimant has Refused Distributions [Dkt. No. 63] (the "Motion"), filed by Timothy P. Branigan, Chapter 13 Trustee, and the Response [Dkt. No. 64], filed by U.S. Bank Trust National Association, as Trustee of BKPL Lodge Series I Trust ("Creditor"). In the Response, Creditor asserts that it is preparing a permanent loan modification with Debtor and, if the loan modification is approved, it will amend its claim. Based thereon, the Court has determined that Creditor and Debtor should be given a reasonable time to allow the loan modification process to conclude. Wherefore, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Motion is denied without prejudice to Trustee refiling after Creditor and Debtor have had a reasonable time to conclude the loan modification process.

cc:   Debtor
      Attorney for Debtor – Edward C. Christman Jr.
      U.S. Bank Trust, N.A. – Keith Yacko
      Case Trustee – Timothy P. Branigan

**End of Order**

44x04 (rev. 07/29/2016) – jmasters