```
                    UNITED STATES BANKRUPTCY COURT
                     FOR THE DISTRICT OF MARYLAND


IN RE:   KARON COOPER                *    Case No: 18-26004
                                     *
             Debtor
                                     *    Chapter 13

*    *    *    *    *    *    *    *    *    *    *    *    *

U.S BANK TRUST NA                    *

               Movant                *
Vs
                                     *

KARON COOPER                         *

             Respondent              *

*    *    *    *    *    *    *    *    *    *    *    *    *    *    *    *
```

ANSWER TO MOTION FOR RELIEF FROM STAY

The Respondent(s), Karon Cooper by Edward C. Christman and Christman & Fascetta, LLC, in response to the Motion Seeking Relief from Automatic Stay, state:

    1.   Debtor(s) admit the allegations contained in Paragraphs 1, 2, 3, 4, 5, 6 and 7 of said Motion.

    2.   Debtor is without sufficient knowledge or information to admit or deny the allegations contained in Paragraphs 11 and 14 of said Motion.

    3.   Debtor(s) deny the allegations in Paragraphs 8, 9, 10, 12 and 13 of said Motion.

WHEREFORE, the Respondent respectfully requests that said Motion for Relief from Automatic Stay be dismissed.

/s/ Edward C. Christman
Edward C. Christman
Christman & Fascetta LLC
810 Gleneagles Court
Suite 301
Towson, MD  21286
(410) 494-8388

**CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2021, a copy of the foregoing Answer was mailed by first class mail, postage prepaid to the following:

Timothy Branigan, Trustee
9891 Broken Land Parkway #301
Columbia, Maryland 21046

Gene Jung, Esq.
McMichael Taylor Gray, LLC
11900 Parklawn Drive #320
Rockville, Maryland 20852

/s/ Edward C. Christman
Edward C. Christman